### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **MANUEL MENDOZA,** *individually and on behalf of all others similarly situated* **Plaintiff,** | § § § § | |
| **V.** | § § | **CAUSE NO. 4:19-CV-04119** |
| **FRED HAAS MOTORS, LTD.,** *Defendant.* | § § § § | |

---

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

---

Plaintiff Manuel Mendoza ("Plaintiff") and Defendant Fred Haas Motors, Ltd. ("Defendant") (collectively, the "Parties") file this Joint Motion for Dismissal with Prejudice.

The Parties hereby request that all claims that Plaintiff has asserted in this lawsuit or could have asserted against Defendant in this lawsuit be dismissed with prejudice.

WHEREFORE, the Parties respectfully request dismissal of all of Plaintiff's claims against Defendant in this lawsuit with prejudice. An Order of Dismissal With Prejudice granting this relief is submitted herewith.

Respectfully submitted,

Respectfully submitted,

/s/ Gary M. Klinger
Gary M. Klinger
MASON LIETZ & KLINGER LLP
227 W. Monroe Street, Ste. 2100
Chicago, Illinois 60606
Phone: 202.640.1160
Fax: 202.429.2294
gklinger@masonllp.com

*COUNSEL FOR PLAINTIFF*

*/s/ Kurt Lance Krolikowski*
Kurt Lance Krolikowski
  Texas Bar No. 24074548
Eric Boylan
  Texas Bar No. 24105519
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1200 (Telephone)
(713) 223-3717 (Facsimile)
KKrolikowski@lockelord.com
Eric.boylan@lockelord.com

*ATTORNEYS FOR DEFENDANT, FRED HAAS MOTORS, LTD.*

84009358v.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following counsel pursuant to the Federal Rules of Civil Procedure on November 24, 2020.

Andrew Shamis
Email: ashamis@shamisgentile.com
Angelica Marie Gentile
Email: agentile@shamisgentile.com
Shamis & Gentile PA
14 NE 1st Ave
Ste 1205
Miami, FL 33132
305-479-2299

Gary M Klinger
Email: gklinger@kozonislaw.com
Kozonis & Klinger, Ltd
227 W. Monroe St.
Suite 2100
Chicago, IL 60606
773-545-9607

*/s/ Kurt Lance Krolikowski*
Kurt Lance Krolikowski

84009358v.1