United States District Court
Southern District of Texas
**ENTERED**
November 24, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANUEL MENDOZA, *individually and on behalf of all others similarly situated* *Plaintiff*, | § § § § | |
| V. | § § | CAUSE NO. 4:19-CV-04119 |
| FRED HAAS MOTORS, LTD., *Defendant.* | § § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on to be considered in the above-referenced matter, the Joint Motion for Dismissal with Prejudice (the "Motion") filed by Plaintiff Manuel Mendoza ("Plaintiff") and Defendant Fred Haas Motors, Ltd. ("Defendant") (collectively, the "Parties"). Upon consideration, the Court finds that the Motion is well-taken and should be granted.

It is, THEREFORE, ORDERED that all of the claims Plaintiff asserted or could have asserted against Defendant are DISMISSED WITH PREJUDICE to the re-filing of same in any form.

All relief not expressly granted herein is denied.

SIGNED this the 24th day of November, 2020.

Kenneth M. Hoyt
United States District Judge